

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-17-00269-CV

MYONG LADNER, Appellant

V.

PARESHBHAI VANMALIBHAI PATEL AND
MINAXI PARESHBHAL PATEL, Appellees

Appeal from the 146th District Court of Bell County (Tr. Ct. No. 278,589-B)

**TO THE 146TH DISTRICT COURT OF BELL COUNTY, GREETINGS:**

Before this Court, on the 21st day of November 2017, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> Appellant, Myong Ladner, has neither paid nor made arrangements to pay the fee for preparing the clerk's record. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed for want of prosecution.
>
> It is further **ORDERED** that appellant pay all appellate costs.
>
> It is further **ORDERED** that this decision be certified

below for observance.

Judgment rendered November 21, 2017.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Keyes and Caughey.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

May 25, 2018

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

